UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALISON GEORGE,<br>*on behalf of herself and those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>NORTHLAND GROUP INC., and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:17-cv-08329-ES-CLW<br><br>**STIPULATION OF VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE** |

The undersigned, being counsel for all parties who have appeared in this action, represent the parties have amicably resolved this matter, and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, by this stipulation and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses this action with prejudice as to her individual claims and without prejudice as to the claims of the putative class, and without costs.

KIM LAW FIRM LLC
Attorneys for Plaintiff

DATED: March 15, 2019

*s/Yongmoon Kim*
Yongmoon Kim

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
Attorneys for Defendant

DATED: March 15, 2019

*s/Andrew J. Blady*
Andrew J. Blady

DATED: March 18, 2019

SO ORDERED:

_____
Esther Salas, U.S.D.J.